# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1065
LT Case Nos. 2023-CF-001291-A
2024-CF-000032-A

_____

GUSTAVO RAY AQUINO,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Matthew J. Metz, Public Defender, and Ali L. Hansen, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen R. Putnam Jr, Assistant Attorney General, Daytona Beach, for Appellee.

May 21, 2026

PER CURIAM.

  AFFIRMED.

WALLIS, EDWARDS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____